# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOHN F. ASHLEY,

      Petitioner,

      v.                                             Case No. 89-CR-211

UNITED STATES OF AMERICA,

      Respondent.

## OPINION AND ORDER

      John Ashley has filed a motion to clarify his petition. The court **ORDERS** that the government shall serve and file a response to the motion within eleven days of the date of this Order.

      Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 28th day of November, 2005.

                                              s/Thomas J. Curran
                                              THOMAS J. CURRAN
                                              United States District Judge